UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN LANGLEY | CIVIL ACTION |
| VERSUS | NO. 15-3776 |
| CASEY MCVEA | SECTION "N" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Steven Langley's § 1983 claims against Dr. Casey McVea are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the **Motions for Summary Judgment (Rec. Docs. 16 & 17)** and the **Motion for Preliminary Injunction (Rec. Doc. 19)** filed by the plaintiff, Steven Langley, are **DENIED AS MOOT**.

New Orleans, Louisiana, this 2nd day of June, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE